**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Chester Brydie, an individual,**

**Plaintiff,**

**vs.**

**Mark Bohnsack, individually and in his official capacity, William Willner, individually and in his official capacity, and City of Minneapolis, a municipality,**

**Defendants.**

**Court File No.: 01-484 DSD/JMM**

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, acting through their respective undersigned counsel, that the above-captioned action, having been comprised and settled, may be dismissed with prejudice and without costs to any party.

Dated: 4/18/01

William J. Maddix

WILLIAM J. MADDIX
Attorney Reg. #188530
5109 14th Avenue South
Minneapolis, MN 55417
(612) 341-2000

Attorneys for Plaintiff

Dated: 4/20/01

JAY M. HEFFERN
City Attorney
By James A. Moore
JAMES A. MOORE (#16883X)
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2543
(612) 673-2063

Attorneys for Defendants

FILED 4-24-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 4-24-01
Deputy Clerk's Initials JR

**ORDER FOR DISMISSAL WITH PREJUDICE**

The above matter having come on before the Court on the foregoing Stipulation of Dismissal With Prejudice, and the Court having considered the parties' Settlement Agreement.

IT IS HEREBY ORDERED that pursuant to Minn. Stat. §466.08, the settlement of the parties is hereby approved and judgment of dismissal in all things with prejudice and without costs may be entered as a matter of record.

BY THE COURT

Dated: 4/24/01

David S. Doty
Judge of District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.